UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY LIU,

        Plaintiff,

   v.

UC BERKELEY/UC REGENTS,

        Defendant.

Case No.  15-cv-04958-PJH

**ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT**

Re: Dkt. No. 46

Before the court is pro se plaintiff Amy Liu's "motion to stipulation of plaintiff's summary judgment." Dkt. 46. In this filing, plaintiff seeks "an extra 10 days" for her to file a motion for summary judgment. Per prior order of the court, cross motions for summary judgment by plaintiff and defendants were to be filed by November 26, 2016. Dkt. 29.

Good cause appearing, the court will GRANT plaintiff's request for a ten-day extension of the deadline. Accordingly, plaintiff's motion for summary judgment shall now be due on or before **December 6, 2016**. The remainder of the briefing schedule remains the same: responses to the motions for summary judgment shall be due on December 21, 2016; replies shall be due on January 11, 2017. The court will hear the motions on January 25, 2017 at 9 a.m. in Courtroom 3.

The court having resolved the matter, the December 28, 2016 hearing date noticed in plaintiff's filing is hereby VACATED.

    **IT IS SO ORDERED.**

Dated:  November 22, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge