1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

AMY LIU,

8

Plaintiff,

Case No.  15-cv-04958-PJH

9

v.

**JUDGMENT**

10

UC BERKELEY/UC REGENTS,

11

Defendant.

12

13

14

The issues having been duly heard and the court having granted defendant's

15

motion for summary judgment,

16

it is Ordered and Adjudged

17

that judgment is hereby entered in favor of defendant and against plaintiff.

18

**IT IS SO ORDERED.**

19

Dated: January 31, 2017

20

21

_____

22

PHYLLIS J. HAMILTON
United States District Judge

23

24

25

26

27

28